AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

_____ WESTERN _____ District of _____ LOUISIANA _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>BENJAMIN FLORES-IBARRA<br><br>_____<br>*Defendant* | **ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT TO<br>BAIL REFORM ACT**<br><br>Case  07-MG-6644 |

Upon motion of the _____ U.S. GOVERNMENT _____, it is ORDERED that a detention hearing is set _____ 5-31-07 _____ * at _____ 3.00 _____
                                                                 *Date*                          *Time*

before _____ UNITED STATES MAGISTRATE JUDGE JAMES D. KIRK _____
                                    *Name of Judicial Officer*

_____ U.S. DISTRICT COURT, 515 MURRAY STREET, THIRD FLOOR COURTROOM, ALEXANDRIA, LA. _____
                                    *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____ & produced for the hearing.
        *Other Custodial Official*

Date: May 30, 2007          _____ U.S. MAGISTRATE JUDGE JAMES D. KIRK _____

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant.  18 U.S.C. § 3142(f)(2).

   A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.